HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA CLAYPOOL,<br><br>                Plaintiff,<br><br>   v.<br><br>NEW YORK LIFE INSURANCE COMPANY (formerly doing business as Life Insurance Company of North America ("CIGNA"),<br><br>                Defendant. | Case No. 2:22-cv-00237-RSL<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT AND DISMISS NEW YORK LIFE INSURANCE COMPANY WITHOUT PREJUDICE** |

THIS MATTER having come before the Court based on the stipulations of counsel seeking to amend the Complaint to add the proper defendant. Based upon the parties' stipulations, it is THEREFORE ORDERED that:

1. The Complaint is hereby amended to add Life Insurance Company of North America as the proper Defendant in this action in place of Defendant New York Life Insurance Company. All filings henceforth by the parties in this action shall substitute Life Insurance Company of North America in place of Defendant New York Life Insurance as defendant in the case caption.

2. Defendant New York Life Insurance Company is hereby dismissed without prejudice and without costs or fees.

ORDER GRANTING MOTION TO AMEND
COMPLAINT - 1
CASE NO. 2:22-cv-00237-RSL
120192.0237/8962742.1

TEE WOOD LAW FIRM, PLLC
701 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.650.0765 FAX: 206.577.5380

DATED this 29th day of April, 2022.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

THE WOOD LAW FIRM, PLLC

By *s/ John Walker Wood*
   John Walker Wood, WSBA #39120
   701 5th Avenue, 42nd Floor
   Seattle, WA 98104
   T: (206) 650-0765
   E-mail:   john@woodfirm.com
Attorneys for Plaintiff

LANE POWELL PC

By */s/ D. Michael Reilly*
   D. Michael Reilly, WSBA No. 14674
   reillym@lanepowell.com
   Hans N. Huggler, WSBA No. 51662
   hugglerh@lanepowell.com
   1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
   Seattle, WA 98111-1302
Attorneys for Defendant

ORDER GRANTING MOTION TO AMEND
COMPLAINT - 2
CASE NO. 2:22-cv-00237-RSL
120192.0237/8962742.1

TEE WOOD LAW FIRM, PLLC
701 FIFTH AVENUE, SUITE 4200
SEATTLE, WASHINGTON 98111-9402
206.650.0765 FAX: 206.577.5380