HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA CLAYPOOL,<br><br>      Plaintiff,<br><br> v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>      Defendant. | Case No.  2:22-cv-00237-RSL<br><br>**STIPULATED MOTION FOR<br>EXTENSION OF CASE DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>July 11, 2022 |

Pursuant to LCR 7(j), Plaintiff Jessica Claypool and Defendant Life Insurance Company of North America jointly request that the Court extend the following deadlines to accommodate the parties' interest in attempting to resolve this ERISA case at mediation.  Both parties believe this case will benefit from mediation, and are working together cooperatively to prepare so that mediation is meaningful. The parties have currently scheduled mediation for July 25, 2022.  The parties propose the following new deadlines:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiff to file any motion requesting that Defendant file the administrative record under seal | July 11, 2022 | August 10, 2022 |
| Deadline to file the administrative record (if no motion to seal is pending) | July 13, 2022 | August 15, 2022 |

The parties move to reset these deadlines to limit unnecessary expense and use of judicial resources ahead of their efforts to resolve this dispute by agreement.  This motion is not made for

STIPULATED MOTION FOR EXTENSION OF
CASE DEADLINES - 1
CASE NO. 2:22-cv-00237-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

120192.0237/9042310.1

1  the purpose of delay and the requested should not affect the September 30, 2022 deadline for
2  dispositive motions.

3
4              DATED: July 11, 2022

5  THE WOOD LAW FIRM, PLLC                         LANE POWELL PC

6

7  By: *s/ John Walker Wood*                       By: *s/ D. Michael Reilly*
   John Walker Wood, WSBA #39120                   D. Michael Reilly, WSBA No. 14674
8  701 5th Avenue, 42nd Floor                      Hans Huggler, WSBA No. 51662
   Seattle, WA 98104                               1420 Fifth Avenue, Suite 4200
9  Telephone: (206) 650-0765                       P.O. Box 91302
10 john@woodfirm.com                               Seattle, Washington 98111-9402
                                                   Telephone: 206.223.7000
11                                                 reillym@lanepowell.com
                                                   hugglerh@lanepowell.com
12 Attorneys for Plaintiff                         Attorneys for Defendant

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED MOTION FOR EXTENSION OF          LANE POWELL PC
CASE DEADLINES - 2                          1420 FIFTH AVENUE, SUITE 4200
CASE NO. 2:22-cv-00237-RSL                  P.O. BOX 91302
                                            SEATTLE, WASHINGTON 98111-9402
                                            206.223.7000 FAX: 206.223.7107

120192.0237/9042310.1

# ORDER

Having reviewed the parties' joint submission and good cause appearing, the Court hereby ORDERS that the parties' stipulated joint motion for extension of case deadlines is GRANTED. The Court EXTENDS the following case deadlines as follows:

| | Deadline |
|---|---|
| Deadline for Plaintiff to file any motion requesting that Defendant file the administrative record under seal | August 10, 2022 |
| Deadline to file the administrative record (if no motion to seal is pending) | August 15, 2022 |

IT IS SO ORDERED.

DATED this 12th day of July, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

STIPULATED MOTION FOR EXTENSION OF
CASE DEADLINES - 3
CASE NO. 2:22-cv-00237-RSL

120192.0237/9042310.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107