1
2
3
4
5

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JESSICA CLAYPOOL,<br><br>                    Plaintiff,<br><br>       v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>                    Defendant. | Case No.  2:22-cv-0237-RSL<br><br>**ORDER OF DISMISSAL** |

The parties having stipulated that Plaintiff Jessica Claypool's claims against Defendant Life Insurance Company of North America in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

Dated this 12th day of September, 2022.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Court Judge

ORDER OF DISMISSAL - 1
CASE NO. 2:22-cv-00237-RSL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107